**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7065

JOHN LEE WORSHAM,

Plaintiff - Appellant,

versus

PARRIS N. GLENDENING, Governor; RICHARD A.
LANHAM, SR., Commissioner; PAUL J. DAVIS,
Chair-Person; PATRICIA K. CUSHWA, Chair-
Person,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-97-2002-JFM)

Submitted: February 26, 1998          Decided: March 18, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Lee Worsham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Worsham v. Glendening, No. CA-97-2002-JFM (D. Md. July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED